UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/06/24
```

RAPHAEL LORA, et al.,

                    Plaintiffs,

       - against -

BARTLETT DAIRY, INC.,

                    Defendant.

24-cv-02747 (VM)

ORDER

VICTOR MARRERO, United States District Judge.

    Defendant Bartlett Dairy, Inc. is hereby directed to indicate its position on Plaintiffs' proposal to file an Amended Complaint. (See Dkt. No. 16.) Defendant Bartlett Dairy, Inc. shall further indicate the effect of the proposed Amended Complaint on the parties' purported settlement and whether the parties still seek a stay of all deadlines in this case. (See Dkt. No. 15.)

    Such letter shall not exceed three pages and shall be filed within seven days of the date of this Order.

SO ORDERED.

Dated:    September 6, 2024
          New York, New York

                                  Victor Marrero
                                  U.S.D.J.